UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
U.S. UNDERWRITERS INSURANCE COMPANY,

                              Plaintiff,

                          -against-

ALLSTATE INSURANCE COMPANY, as subrogee of
Raymond Bello and Donna Bello, RAYMOND BELLO,
DONNA BELLO, 431 AVENUE P LLC, RALPH SITT,
CAROLYN KASSIN, EDDIE SITT, DAVID SITT,
FIMOR CONSTRUCTION CORP., HUDSON
MERIDIAN CONSTRUCTION GROUP and MMG
CONSTRUCTION INC.,

                            Defendants.
------------------------------------------------------------------------ x

Case No. 10 CV2353

NOTICE OF CHANGE
OF LAW FIRM

       Defendants 431 Avenue P LLC, Ralph Sitt, Carolyn Kassin, Eddie Sitt and David Sitt, by their attorney, Russell M. Wolfson, hereby notify the Court and opposing counsel of the change of law firm representing them from Russell M. Wolfson, The Woolworth Building, 233 Broadway, Suite 2200, New York, New York 10279, (212) 792-0198 to Baritz & Colman LLP, The Woolworth Building, Suite 2020, New York, New York 10279, (212) 886-1693.

Dated:  New York, New York
          July 11, 2011

                                      BARITZ & COLMAN LLP
                                      Attorney for Defendants 431 Avenue P LLC,
                                      Ralph Sitt, Carolyn Kassin, Eddie Sitt and
                                      David Sitt

                                      By: /s/Russell M. Wolfson
                                        Russell M. Wolfson (RW2847)
                                      The Woolworth Building
                                      233 Broadway, Suite 2020
                                      New York, New York 10279
                                      (212) 886-1693

To:    Todd Hellman, Esq.
MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP
Attorneys for Plaintiff
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

Leonard B. Feldman, Esq.
FELDMAN & FELDMAN, LLP
Attorneys for Allstate Insurance Company
811 West Jericho Turnpike
Suite 201W
Smithtown, New York 11787
(631) 979-1200

Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Defendant Fimor Construction Corp.
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

Howard K. Fishman, Esq.
RAFTER & ASSOCIATES LLP
Attorneys for defendant Hudson Meridian Construction Group
29 Broadway
14th Floor
New York, NY 10006
(212) 797-4362