# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°

MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊▫
COUNSEL

WRITER'S E-MAIL:
thellman@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

TODD HELLMAN*
ANNE K. ZANGOS
KELLY C. SPINA*
NIR M. GADON
BRIAN L. GORDON
CRAIG H. HANDLER
ROBERT E.B. HEWITT
GERALD C. WATERS JR.
BRIAN S. CONDON◊
KATHLEEN L. WRIGHT
MICHAEL D. NERI
ANDREW G. VASSALLE
KELLY M. ZIC

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
▫ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

October 28, 2011

**By ECF**
Magistrate Judge Joan M. Azrack
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York 11201

> Re:   U.S. Underwriters Ins. Co. v. Allstate Ins. Co., et. al.
> Docket No.: 10-cv-2353 (FB) (JMA)
> Our File No.: 07-669

Dear Judge Azrack:

We represent plaintiff U.S. Underwriters Insurance Company in the above-referenced insurance coverage declaratory judgment action. As per my communications with Your Honor's law clerks, this is to confirm that the telephone status conference regarding this matter shall take place on Thursday, November 3, 2011 at 2:15 p.m., instead of on Monday, October 31, 2011 at 2:30 p.m. We thank the Court for its granting of the parties' joint request to adjourn the status conference.

Respectfully submitted,

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

Todd M. Hellman

cc:   All appearing counsel