# MINUTE ENTRY

**Docket & File**

JOAN M. AZRACK, USMJ           DATE: 11/3/11

DOCKET: 10-CV-2353 (~~FB~~) reassigned WFK

CASE: U.S. Underwriters Insurance Co. v. Allstate Insurance, et al

---

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

---

☒ TELEPHONE        ☐ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☒ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: Todd Hellman

FOR DEFENDANT: Russel Wolfson (431 Ave P, Ralph Sitt, etc.)
Howard Fishman (Hudson Meridian)
Leonard Feldman (Allstate, Bello)

☐ *Docket Clerks are directed to enter the following Discovery Order(s):* Paul Rovner (Finor Const.)

- Def may depose ~~one~~ a witness re underwriting file of US Underwriters. Must do dep w/in 30 days
- Any appl. for SJ motion must be made by Jan 30, 2012

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person

☐ Pre-Trial Order by _____