UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
U.S. UNDERWRITERS INSURANCE COMPANY,

                              Plaintiff,

- against -

ALLSTATE INSURANCE COMPANY, as subrogee of
RAYMOND BELLO and DONNA BELLO,
RAYMOND BELLO, DONNA BELLO, 431 AVENUE P
LLC, RALPH SITT, CAROLYN KASSIN, EDDIE SITT,
DAVID SITT, FIMOR CONSTRUCTION CORP,
HUDSON MERIDIAN CONSTRUCTION GROUP,
MMG CONSTRUCTION INC.

                              Defendants.
------------------------------------------------------------------X

Docket No.: 10-cv-2353
(WFK) (JMA)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) s.s.:
COUNTY OF NASSAU    )

      **Monique Abrams,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in **Brooklyn, New York.**

      That on July 27, 2012, deponent served the within **Reply Memorandum of Law in Further Support of U.S. Underwriters Insurance Company's Motion for Summary Judgment**:

FELDMAN & FELDMAN, LLP
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY
811 West Jericho Turnpike, suite 201W
Smithtown, NY 11787

RUSSELL M. WOLFSON, ESQ.
Attorney for Defendants
AVENUE P LLC, RALPH SITT, CAROLYN
KASSIN, EDDIE SITT and DAVID SITT
The Woolworth Building
233 Broadway, Suite 2200
New York, NY 10279

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorneys for Defendant
FIMOR CONSTRUCTION CORP
292 Madison Avenue, 11th Floor
New York, NY 10017

RAFTER & ASSOCIATES LLP
Attorneys for Defendant
HUDSON MERIDIAN CONSTRUCTION GROUP
29 Broadway, 14th Floor
New York, New York 10006

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                                         Monique Abrams

Subscribed and sworn to before me
this 30th day of July, 2012.

_____
NOTARY PUBLIC

GLYNIS D. SHARP
Notary Public, State of New York
No. 01SH6258687
Qualified in Nassau County
Commission Expires April 2, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
U.S. UNDERWRITERS INSURANCE COMPANY,      Docket No.: 10-cv-2353
                                                  (WFK) (JMA)
                                 Plaintiff,

                                    **AFFIDAVIT OF SERVICE**

                - against -

ALLSTATE INSURANCE COMPANY, as subrogee of
RAYMOND BELLO and DONNA BELLO,
RAYMOND BELLO, DONNA BELLO, 431 AVENUE P
LLC, RALPH SITT, CAROLYN KASSIN, EDDIE SITT,
DAVID SITT, FIMOR CONSTRUCTION CORP,
HUDSON MERIDIAN CONSTRUCTION GROUP,
MMG CONSTRUCTION INC.

                                 Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK      )
                                ) s.s.:
COUNTY OF NASSAU     )

       **Monique Abrams,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in **Brooklyn, New York.**

       That on July 27, 2012, deponent served the within **U.S. Underwriters Insurance Company's Reply to Allstate Insurance Company's Statement of Additional Material Facts**:

FELDMAN & FELDMAN, LLP
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY
811 West Jericho Turnpike, suite 201W
Smithtown, NY 11787

RUSSELL M. WOLFSON, ESQ.
Attorney for Defendants
AVENUE P LLC, RALPH SITT, CAROLYN
KASSIN, EDDIE SITT and DAVID SITT
The Woolworth Building
233 Broadway, Suite 2200
New York, NY 10279

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorneys for Defendant
FIMOR CONSTRUCTION CORP
292 Madison Avenue, 11th Floor
New York, NY 10017

RAFTER & ASSOCIATES LLP
Attorneys for Defendant
HUDSON MERIDIAN CONSTRUCTION GROUP
29 Broadway, 14th Floor
New York, New York 10006

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                                              **Monique Abrams**

Subscribed and sworn to before me
this 30th day of July, 2012.

NOTARY PUBLIC

                                       **GLYNIS D. SHARP**
                             **Notary Public, State of New York**
                                         **No. 01SH6258687**
                                     **Qualified in Nassau County**
                               **Commission Expires April 2, 2016**