

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°

———

MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊□
OF COUNSEL

WRITER'S DIRECT DIAL:
516-741-8488

WRITER'S E-MAIL:
sverveniotis@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

TODD HELLMAN*
NIR M. GADON
CRAIG H. HANDLER
ROBERT E.B. HEWITT
BRIAN S. CONDON◊
MICHAEL D. NERI
ANDREW G. VASSALLE
KELLY M. ZIC
SHEEL D. PATEL*
KYLE M. MITCHELL

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

May 6, 2013

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York 11201

      Re:  U.S. Underwriters Ins. Co. v. Allstate Ins. Co., et. al.
         Docket No.: 10-cv-2353 (WFK) (JMA)
         Our File No.: 07-669

Dear Judge Kuntz:

  The undersigned represents plaintiff U.S. Underwriters Insurance Company ("U.S. Underwriters") in the above-referenced insurance coverage declaratory judgment action and further to the direction of the Court, this is to inform the Court that U.S. Underwriters will serve the Bellos as parties in this coverage action in order for them to participate in this case as to all claims asserted against the insured of U.S. Underwriters. We request a ten day extension to serve the Bellos and file the affidavit of service.

           Respectfully submitted,
          MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

           Steven Verveniotis (SV-8800)

cc: Hon. Joan M. Azrack, U.S.M.J. (by ECF and Regular Mail)
   All Counsel on Record (by ECF and Regular Mail)